**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

Case Title: Nealy L Skeldon v. DermaCare USA Corporation, et al.

Case Number: 1:25-cv-06078

An appearance is hereby filed by the undersigned as attorney for:

Nealy L Skeldon

Attorney name (type or print): Vlad V. Chirica

Firm: Chirica Law Office LLC

Street address: 203 N. LaSalle Street, Suite 2100

City/State/Zip: Chicago, Illinois  60601

Bar ID Number: 6320436
(See item 3  in instructions)

Telephone Number: (312) 868-0331

Email Address: vlad@chirica.law

| | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ✔ Yes | No |
| Are you a member of the court's general bar? | ✔ Yes | No |
| Are you a member of the court's trial bar? | Yes | ✔ No |
| Are you appearing *pro hac vice*? | Yes | ✔ No |
| If this case reaches trial, will you act as the trial attorney? | Yes | ✔ No |

If this is a criminal case, check your status.

☐ Retained Counsel

☐ Appointed Counsel
If appointed counsel, are you a

☐ Federal Defender

☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on  May 30, 2025

Attorney signature:  S/ Vlad V. Chirica

(Use electronic signature if the appearance form is filed electronically.)

Revised  07/19/2023