**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)**
**Eastern Division**

Nealy L Skeldon

                    Plaintiff,

v.

                                  Case No.: 1:25–cv–06078
                                  Honorable Joan B. Gottschall

Dermacare USA Corporation, et al.

                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, June 3, 2025:

      MINUTE entry before the Honorable Joan B. Gottschall: Defendant Dermacare USA Corp. is instructed to file its Local Rule 3.2 notice of affiliates on or before June 10, 2025. All defendants must file a Fed. R. Civ. P. 7.1(a)(2) jurisdictional disclosure statement on or before June 10, 2025. Mailed notice(mjc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.