IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| NEALY L. SKELDON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No.: 25-cv-06078 |
| | ) | |
| DERMACARE USA CORPORATION, | ) | |
| d/b/a "DERMACONCEPTS," | ) | |
| a Massachusetts Corporation, | ) | |
| ROBERT LEWIS TROW, an individual; | ) | Judge Hon. Joan B. Gottschall |
| CAROL SMIRA TROW; an individual; | ) | Magistrate Judge Hon. Jeffrey T. Gilbert |
| MICHAEL LUCICH, an individual; and | ) | |
| BRITTANY PIKE, an individual, | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANT DERMACARE USA CORPORATION
D/B/A/ DERMACONCEPTS' NOTIFICATION OF AFFILIATES**

Pursuant to Local Rule 3.2, Defendant DermaCare USA Corporation d/b/a/ DermaConcepts ("DermaConcepts"), by and through the undersigned counsel hereby submits this Notification of Affiliates:

DermaConcepts states that Robert Lewis Trow, an individual and a named defendant in this case, and Carol Smira Trow, an individual and a named defendant in this case, each own more than five percent of DermaConcepts.

Dated: June 10, 2025

Respectfully submitted,

DERMACARE USA CORPORATION,
d/b/a/ DERMACONCEPTS,

By: /s/ *Richard R. Winter*
One of Its Attorneys

Richard R. Winter (#6195210)
William A. Ringhofer (#6339585)
HOLLAND & KNIGHT LLP
150 N. Riverside Plaza, Suite 2700

Chicago, IL  60606
(312) 263-3600
richard.winter@hklaw.com
william.ringhofer@hklaw.com