**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)**
**Eastern Division**

Nealy L Skeldon

Plaintiff,

v.

Case No.: 1:25–cv–06078
Honorable Joan B. Gottschall

Dermacare USA Corporation, et al.

Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, June 18, 2025:

MINUTE entry before the Honorable Joan B. Gottschall:

Defendant Dermacare USA Corporation ("Dermacare") moves [10] to stay its deadline to answer certain counts of the complaint, specifically those counts it does not intend to put at issue in its anticipated motion to dismiss the complaint. Dermacare plans to file its motion to dismiss by June 20, 2025. Plaintiff Nealy Skeldon opposes Dermacare's motion to stay.

The court administratively stays Dermacare's deadline to answer the complaint to allow Dermacare to file its motion to dismiss and to permit Skeldon to be heard on the motion to stay. Skeldon's response to Dermacare's motion to stay [10] filed June 16, 2025, is due by and including June 24, 2025. Dermacare's reply, if any, is due by and including June 26, 2025.

Mailed notice(mjc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.