IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| NEALY L. SKELDON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No.: 25-cv-06078 |
| v. | ) | |
| | ) | |
| DERMACARE USA CORPORATION, d/b/a "DERMACONCEPTS," a Massachusetts Corporation, ROBERT LEWIS TROW, an individual; CAROL SIMRA TROW, an individual, MICHAEL LUCICH, an individual; and BRITTANY PIKE, an individual, | ) ) ) ) ) ) | Hon. Joan B. Gottschall<br>Magistrate Judge Jeffrey T. Gilbert |
| | ) | |
| Defendants. | ) | |

## DECLARATION OF ROBERT LEWIS TROW

I, Robert Lewis Trow, after being duly sworn, state, based on personal knowledge, that if called to testify I would competently testify as follows:

1. I do swear and affirm that I am more than 18 years of age, that I am of sound mind, and that I am otherwise competent to give this Affidavit.

2. I am the chief executive officer and 50 percent co-owner of DermaCare USA Corporation d/b/a DermaConcepts ("DermaConcepts") and have served in these roles since DermaConcepts was founded in 2002. Accordingly, I am fully familiar with the facts in this matter.

3. DermaConcepts is a Massachusetts corporation with its headquarters and principal place of business in Massachusetts.

4. In my role at DermaConcepts, I only recall traveling to the State of Illinois on one occasion roughly ten years ago. During this business trip, I briefly met with the Plaintiff in this matter, Nealy Skeldon.

5. I have not been to Illinois since that meeting.

6. In my role at DermaConcepts, I directly communicated with Ms. Skeldon on a very infrequent basis via phone, email, and other electronic means.

7. At the time of Ms. Skeldon's departure from the company, she was the only DermaConcepts employee based in Illinois.

8. Following Ms. Skeldon's departure from the company, DermaConcepts hired a replacement employee who is based in Illinois; that employee is the only current DermaConcepts employee based in Illinois.

9. In my personal capacity, I have never communicated with Ms. Skeldon outside of work.

10. I own no real estate in the State of Illinois.

11. I own no other property in the State of Illinois.

12. I have never lived in the State of Illinois.

13. I have no bank accounts in the State of Illinois.

14. I have never paid income or property taxes to the State of Illinois.

15. I have never been employed in the State of Illinois.

16. I have never been employed by a company based in Illinois.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on 6/17/2025

DocuSigned by:
Robert Lewis Trow
E1259680DCB6405...
Robert Lewis Trow

2

#523407930_v1