**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| NEALY L. SKELDON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No.: 25-cv-06078 |
| v. | ) | |
| | ) | |
| DERMACARE USA CORPORATION, d/b/a "DERMACONCEPTS," a Massachusetts Corporation, ROBERT LEWIS TROW, an individual; CAROL SIMRA TROW, an individual; MICHAEL LUCICH, an individual; and BRITTANY PIKE, an individual, | ) ) ) ) ) ) ) | Hon. Joan B. Gottschall Magistrate Judge Jeffrey T. Gilbert |
| Defendants. | ) | |

## <u>DECLARATION OF CAROL SMIRA TROW</u>

I, Carol Smira Trow, after being duly sworn, state, based on personal knowledge, that if called to testify I would competently testify as follows:

1. I do swear and affirm that I am more than 18 years of age, that I am of sound mind, and that I am otherwise competent to give this Affidavit.

2. I am the president and 50 percent co-owner of DermaCare USA Corporation d/b/a DermaConcepts ("DermaConcepts") and have served in these roles since DermaConcepts was founded in 2002. Accordingly, I am fully familiar with the facts in this matter.

3. DermaConcepts is a Massachusetts corporation with its headquarters and principal place of business in Massachusetts.

4. In my role at DermaConcepts, I do not recall ever having traveled to the State of Illinois.

5. I have never interacted with the Plaintiff in this matter, Nealy Skeldon, in the State of Illinois.

2

6. In my role at DermaConcepts, I directly communicated with Ms. Skeldon on a very infrequent basis via phone, email, and other electronic means.

7. In my personal capacity, I have never communicated with Ms. Skeldon outside of work.

8. I own no real estate in the State of Illinois.

9. I own no other property in the State of Illinois.

10. I have never lived in the State of Illinois.

11. I have no bank accounts in the State of Illinois.

12. I have never paid income or property taxes to the State of Illinois.

13. I have never been employed in the State of Illinois

14. I have never been employed by a company based in Illinois.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on 6/18/2025

DocuSigned by:
CAROL TROW
F115334B8AFA4CD...
Carol Smira Trow