**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| NEALY L. SKELDON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No.: 25-cv-06078 |
| v. ) | |
| ) | |
| DERMACARE USA CORPORATION, d/b/a ) | |
| "DERMACONCEPTS," a Massachusetts ) | |
| Corporation, ROBERT LEWIS TROW, an ) | |
| individual; CAROL SIMRA TROW, an individual, ) | Hon. Joan B. Gottschall |
| MICHAEL LUCICH, an individual; and ) | Magistrate Judge Jeffrey T. Gilbert |
| BRITTANY PIKE, an individual, ) | |
| ) | |
| Defendants. ) | |

## DECLARATION OF MICHAEL LUCICH

I, Michael Lucich, after being duly sworn, state, based on personal knowledge, that if called to testify I would competently testify as follows:

1. I do swear and affirm that I am more than 18 years of age, that I am of sound mind, and that I am otherwise competent to give this Affidavit.

2. I am the controller of DermaCare USA Corporation d/b/a DermaConcepts ("DermaConcepts"). Accordingly, I am fully familiar with the facts in this matter.

3. DermaConcepts is a Massachusetts corporation with its headquarters and principal place of business in Massachusetts.

4. I do not maintain any ownership interest in DermaConcepts.

5. In my role at DermaConcepts, I do not recall ever having traveled to the State of Illinois.

6. I have never interacted with the Plaintiff in this matter, Ms. Nealy Skeldon, in the State of Illinois.

7. In my role at DermaConcepts, I directly communicated with Ms. Skeldon on a very infrequent basis via phone, email, and other electronic means.

8. In my personal capacity, I have never communicated with Ms. Skeldon outside of work.

9. I own no real estate in the State of Illinois.

10. I own no other property in the State of Illinois.

11. I have never lived in the State of Illinois.

12. I have no bank accounts in the State of Illinois.

13. I have never paid income or property taxes to the State of Illinois.

14. I have never been employed in the State of Illinois

15. I have never been employed by a company based in Illinois.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on 6/17/2025

Signed by:
Michael Lucich
6ACB4EC69EFC43E...
Michael Lucich