# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| NEALY L. SKELDON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No.: 25-cv-06078 |
| v. | ) | |
| | ) | |
| DERMACARE USA CORPORATION, d/b/a "DERMACONCEPTS," a Massachusetts Corporation, ROBERT LEWIS TROW, an individual; CAROL SIMRA TROW, an individual; MICHAEL LUCICH, an individual; and BRITTANY PIKE, an individual, | ) ) ) ) ) ) ) | Hon. Joan B. Gottschall<br>Magistrate Judge Jeffrey T. Gilbert |
| Defendants. | ) | |

## **DECLARATION OF BRITTANY PIKE**

I, Brittany Pike, after being duly sworn, state, based on personal knowledge, that if called to testify I would competently testify as follows:

1. I do swear and affirm that I am more than 18 years of age, that I am of sound mind, and that I am otherwise competent to give this Affidavit.

2. I am the director of sales operations at DermaCare USA Corporation d/b/a DermaConcepts ("DermaConcepts"). Accordingly, I am fully familiar with the facts in this matter.

3. DermaConcepts is a Massachusetts corporation with its headquarters and principal place of business in Massachusetts.

4. I do not maintain any ownership interest in DermaConcepts.

5. In my role at DermaConcepts, I have traveled to the State of Illinois on three occasions. These consisted of (a) attending a trade show in 2014; (b) attending a partnership meeting in 2015, for which I flew in and out of Illinois on the same date; and (c) attending a separate one-day event in 2015.

6. I do not recall ever having traveled to the State of Illinois since 2015.

7. I have never interacted with the Plaintiff in this matter, Ms. Nealy Skeldon, in the State of Illinois.

8. In my role at DermaConcepts, I directly communicated with Ms. Skeldon on a very infrequent basis via phone, email, and other electronic means.

9. In my personal capacity, I have never communicated with Ms. Skeldon outside of work.

10. I own no real estate in the State of Illinois.

11. I own no other property in the State of Illinois.

12. I have never lived in the State of Illinois.

13. I have no bank accounts in the State of Illinois.

14. I have never paid income or property taxes to the State of Illinois.

15. I have never been employed in the State of Illinois

16. I have never been employed by a company based in Illinois.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on 6/17/2025

DocuSigned by:
*Brittany Pike*
4174383D67734CB...
Brittany Pike

#523409527_v1