# U.S. District Court for the Northern District Of Illinois
# Attorney Appearance Form

Case Title: Nealy L. Skeldon v. Dermacare USA Corporation, et al.

Case Number: 1:25-cv-06078

An appearance is hereby filed by the undersigned as attorney for:

Nealy L. Skeldon

Attorney name (type or print): Hilarie M. Carhill

Firm: Williams, Bax & Saltzman, P.C.

Street address: 221 N. LaSalle St., Suite 3700

City/State/Zip: Chicago, Illinois 60601

Bar ID Number: 6340312
(See item 3 in instructions)

Telephone Number: (312) 372-3311

Email Address: carhill@wbs-law.com

| Question | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ☐ | ✓ |
| Are you acting as local counsel in this case? | ☐ | ✓ |
| Are you a member of the court's trial bar? | ☐ | ✓ |
| If this case reaches trial, will you act as the trial attorney? | ✓ | ☐ |

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you
☐ Federal Defender
☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 06/24/2025

Attorney signature: S/ Hilarie M. Carhill

(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015