IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NEALY L. SKELDON, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DERMACARE USA CORPORATION, *et al.*, )<br>)<br>Defendants. ) | Case No. 1:25-cv-06078 |

**MOTION FOR SUBSTITUTION OF ATTORNEYS**

Plaintiff Nealy L. Skeldon ("Skeldon"), pursuant to Local Rule 83.17, respectfully requests leave to substitute counsel of record, and states as follows:

1. Counsel of record for Plaintiff, Nealy L. Skeldon, is Vlad Chirica of Chirica Law Office LLC.

2. Plaintiff wishes to substitute Thomas C. Koessl and Hilarie Carhill of Williams, Bax & Saltzman, P.C. as her counsel in this matter and consents to the substitution.

3. Mr. Koessl and Ms. Carhill are both members of the general bar for the Northern District of Illinois and are prepared to represent Plaintiff in this action. New counsel's appearance will not prevent Plaintiff from meeting existing court deadlines, including the Initial Status Report due on June 30th, 2025, and it is not being sought for delay.

4. On June 24th, 2025, Mr. Koessl spoke with Mr. Chirica regarding the Motion for Substitution. Mr. Chirica confirmed that he was in agreement with the Motion.

WHEREFORE, Plaintiff, Nealy L. Skeldon, respectfully requests leave for Thomas C. Koessl and Hilarie Carhill to appear as counsel of record on its behalf, for Vlad Valentin Chirica's,

of Chirica Law Offices, LLC, appearance to be withdrawn and for all other relief this Court deems fair and proper.

          Respectfully submitted,

          /s/ Thomas C. Koessl
          WILLIAMS, BAX & SALTZMAN, P.C.

Thomas C. Koessl (ARDC #6239337)
Hilarie Carhill (ARDC #6340312)
WILLIAMS, BAX & SALTZMAN, P.C.
221 N. LaSalle St., Suite 3700
Chicago, IL 60601
P: (312) 372-3311
F: (312) 372-5720
koessl@wbs-law.com
carhill@wbs-law.com

**CERTIFICATE OF SERVICE**

  I hereby certify that on June 27th, 2025, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon all counsel of record.

                     */s/ Hilarie Carhill*