# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Nealy L Skeldon

                Plaintiff,

v.                                     Case No.: 1:25−cv−06078
                                                            Honorable Joan B. Gottschall

Dermacare USA Corporation, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, June 30, 2025:

      MINUTE entry before the Honorable Joan B. Gottschall: Plaintiff's unopposed motion [22] dated June 27, 2025, to substitute counsel is granted. New counsel, Thomas C. Koessl and Hilarie Marie Carhill, have filed notices of appearance. The Clerk is instructed to terminate the appearance of attorney Vlad Valentin Chirica.Mailed notice(mjc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.