# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Nealy L Skeldon

                    Plaintiff,

v.                                             Case No.: 1:25−cv−06078
                                                            Honorable Joan B. Gottschall

Dermacare USA Corporation, et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, July 2, 2025:

      MINUTE entry before the Honorable Joan B. Gottschall: The parties ask the court in their initial status report [23] filed June 30, 2025, to stay discovery pending the court's ruling on defendants' separate, but not yet fully briefed, motions to dismiss (ECF Nos. [12] and [14]). The request is granted. The parties are instructed to file a joint status report and proposed discovery schedule seven days after the court rules on the pending motions to dismiss. Mailed notice(mjc, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.