UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
Eastern Division

Nealy L Skeldon
                                    Plaintiff,
v.                                                          Case No.: 1:25−cv−06078
                                                            Honorable Joan B. Gottschall
Dermacare USA Corporation, et al.
                                    Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, July 17, 2025:

MINUTE entry before the Honorable Joan B. Gottschall:

Defendants' response [28], filed July 16, 2025, to plaintiff's motion for a twenty one day extension of the deadline to file an amended complaint recites the relevant procedural history, cites the baseline deadline in Rule 15(a)(1)(B), and states: "Defendants believe that an additional 14 days beyond the time provided by Fed. R. Civ. P. 15(a)(1)(B) is reasonable and sufficient and thus oppose Plaintiff's request for an additional seven days." Response ¶ 6, ECF No. [28]. Defendants provide no additional factual or legal basis for their opposition, and they identify no prejudice they will suffer if plaintiff is given until July 31, rather than July 24, to file an amended complaint. Plaintiff's motion [26] for a twenty−one− day extension of his deadline to file an amended complaint is therefore granted. Plaintiff's amended complaint is due by and including July 31, 2025.

The court expects all attorneys to extend professional courtesy to opposing counsel, including following the norm of agreeing to a deadline extension that will not prejudice the parties or their attorneys. Not only is this a norm of professional courtesy, but refusing to agree is potentially sanctionable inasmuch as opposing or advocating any motion, including one for a deadline extension, without an articulable basis in fact or law can subject an attorney to sanctions. *See generally* Fed. R. Civ. P. 11; *Royce v. Michael R. Needle P.C.*, 950 F.3d 939, 95759 (7th Cir. 2020). Mailed notice(mjc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.