# EXHIBIT A

Docusign Envelope ID: A44C2A0C-65A7-40F3-BC8F-C78C3CAA3D38

## EMPLOYEE CONFIDENTIALITY AGREEMENT ("Agreement")

In consideration of the undersigned's employment with **DermaCare USA Corporation**, or, if now employed, the continuation of the undersigned's employment with DermaCare USA Corporation, the undersigned employee (the "Employee"), hereby agrees as follows:

1.  Definitions: As used in this Agreement:

    (a)    "DermaCare USA Corporation" or "DermaCare" shall mean DermaCare USA Corporation, a Massachusetts corporation, d/b/a DermaConcepts, and its current and future subsidiaries and affiliates.

    (b)    "Confidential Information" shall mean any and all DermaCare proprietary information or materials, including, but not limited to, techniques, methodology, equipment, programs, software, data, data bases, reports, know-how, sources of supply, customers, consultants and business plans, including any negative developments which are communicated to, learned of, developed or otherwise acquired by Employee during the Employment Period, or in the course of, or in connection with Employee's employment with DermaCare or in connection with any services Employee provided to DermaCare prior to becoming an employee of DermaCare and/or in contemplation of becoming an employee of DermaCare, as well as information concerning the existence and scope of DermaCare's activities and the activities of DermaCare's clientele, including, without limitation, their research, development and marketing activities.

    (c)    "Employment Period" shall mean the period during which Employee is employed by DermaCare.

2.  Treatment of Confidential Information:

    (a)    Employee agrees that Employee will not during the Employment Period or at any time thereafter, disclose, communicate or divulge, or use for Employee's own benefit or the benefit of another, any Confidential Information other than in the performance of Employee's services as an employee of DermaCare. Employee agrees not to disclose to any third party or use for any purpose whatsoever any Confidential Information or material acquired by Employee concerning DermaCare without the prior written consent of DermaCare or except as required by law. Similarly, Employee shall not use, disclose communicate or divulge to any third party any information obtained on any DermaCare client or customer (a "DermaCare Client") without the prior written consent of both DermaCare and the DermaCare Client. The foregoing notwithstanding, Employee shall not, directly or indirectly, contact any DermaCare Client with a request to use or disclose the Confidential Information of such client without the prior written consent of DermaCare.

    (b)    Employee's obligations under this Section 2 shall not apply to any information which: (i) is generally disclosed to third parties by DermaCare without restriction on such third parties; or (ii) is approved for release by written authorization from DermaCare; provided, however, that a breach of the foregoing obligations shall not be absolved by the subsequent occurrence of either one of the foregoing exceptions and the Employee shall have the burden of proving such general disclosures and approval.

    (c)    Upon termination of the Employment Period or at any other time upon request of DermaCare, Employee shall promptly deliver to DermaCare all physical Confidential Information, including, without limitation, all records, files, memoranda, notes, reports, lists, programs and other documents and items (and all copies or reproduction of such materials) relating to the business of DermaCare and/or to the business of DermaCare Clients.

**NS PR 0009**

Docusign Envelope ID: A44C2A0C-65A7-40F3-BC8F-C78C3CAA3D38

(d)     Employee represents that Employee's performance under this Agreement does not and will not breach any agreement which obligates Employee to any other party.

(e)     Employee agrees that the confidentiality provisions applicable to DermaCare and its employees pursuant to any agreement between a DermaCare Client and DermaCare shall be equally applicable to Employee.

3.     Indemnification: Employee shall indemnify, defend and hold DermaCare harmless of and from any and all loss, cost, damage, liability and expense (including, without limitation, reasonable attorneys' fees) that DermaCare may suffer or incur as a result of a breach or threatened breach of any warranty or agreement made by Employee hereunder.

4.     Remedies: Law: Venue.

(a)     Employee acknowledges and agrees that DermaCare's remedies at law for Employee's violation of any of the terms or provisions of Section 2 hereof will be inadequate, and that the harm caused thereby will be irreparable. Accordingly, Employee expressly agrees that in the event of any such violation or threatened violation, DermaCare shall be entitled to equitable and other relief in addition to any recovery of damages, without the necessity of posting any bond.

(b)     This Agreement shall be governed by the laws of the Commonwealth of Massachusetts applicable to agreements entered into and performed wholly therein. Employee consents to the jurisdiction of all state and local courts of the Commonwealth of Massachusetts and of the United States District Court for the District of Massachusetts or, at the option of DermaCare, and to the extent enforceable by law, any court in which DermaCare decides to initiate legal or equitable proceedings concerning this Agreement or any other matters related hereto in each case in which the court has subject matter jurisdiction over the matter and controversy. To the extent permitted by law, Employee hereby waives any right it may have to a trial by jury in any action or proceeding of any kind or nature, in any court in which an action may be commenced, arising out of or in connection with this Agreement. To the extent permitted by law, Employee hereby waives personal service of the summons and complaint or other process of the papers issued therein and agrees that service may be made by registered or certified mail. In the event of any breach or violation of this Agreement by Employee, DermaCare shall be entitled to recover from Employee DermaCare's reasonable costs of enforcing its rights under this Agreement, including, without limitation, its reasonable attorneys' fees.

5.     Notices: Any notice, request, instruction or other document to be given or served hereunder shall be in writing and, except as otherwise provided for herein, shall be personally delivered or dispatched by certified mail, return receipt requested or by a reputable delivery services, such as Federal Express, all with postage or delivery charges prepaid and with proof of delivery, to the addresses of the parties as they appear in this Agreement or to such other address as may be specified by a party to the other party by notice given in the manner herein provided. Such notice shall be deemed delivered three (3) business days after being properly dispatched. A business day is any Monday through Friday on which first class U.S. Mail is delivered in Boston, Massachusetts. Any notice to Company shall be sent to: DermaCare USA, 168 Industrial Drive, Mashpee, MA 02649, Attn: Carol S. Trow, President. Any notice to Employee shall be sent to the address of Employee on the signature page hereto.

6.     Miscellaneous:

(a)     No waiver by a party hereto of a breach of any provision of this Agreement shall be deemed to be a waiver of any preceding or subsequent breach of the same or any other provision hereof.

NS PR 0010

Docusign Envelope ID: A44C2A0C-65A7-40F3-BC8E-C78C3CAA3D38

(b)     This Agreement sets forth the entire agreement among the parties concerning the subject matter hereof and supersedes all prior agreements and understandings relating to the subject matter hereof; and any amendment or modification hereof will be effective only if in writing and signed by the parties affected thereby and dated after the date of this Agreement.

(c)     This Agreement does not constitute an agreement of continued employment of Employee by DermaCare.

(d)     The headings in the paragraphs of this Agreement are inserted only for convenience and shall not constitute a part hereof.

(e)     DermaCare shall have the right to notify third parties, including, without limitation, any employer or prospective employer of Employee, of the existence and terms of this Agreement.

(f)     Employee agrees to provide any and all additional documents as DermaCare may reasonably request or deem reasonably necessary to effectuate the purposes and intent of this Agreement, including, without limitation, any acknowledgements or other agreements for the protection of the Confidential Information that may, from time to time, be requested by DermaCare Clients.

(g)     DermaCare may assign its rights under this Agreement to any successor to its business or assets. The obligations of Employee hereunder shall be personal to and not assignable by Employee. This Agreement shall be binding upon and inure to the benefit of DermaCare and Employee and their respective legal representatives, successors and permitted assigns.

(h)     This Agreement may be executed in counterparts. Each counterpart, including a signature page executed by each of the parties hereto, shall be an original counterpart of this Agreement, but all of such counterparts together shall constitute one instrument. Any signatures transmitted in a pdf file over the internet or by facsimile shall be deemed to be original signatures for all purposes.

(i)     If any term or provision of this Agreement or the application thereof to any person, property or circumstance shall be found by a court of competent jurisdiction, to any extent to be invalid or unenforceable, the remainder of this Agreement, or the application of such term or provision to persons, properties and circumstances other than those as to which it is invalid or unenforceable, shall not be affected thereby, and each term and provision of this Agreement shall be valid and enforced to the fullest extent permitted by law.

**IN WITNESS WHEREOF**, the parties hereto have set their hands to and have executed this Agreement as a sealed instrument as of the 6nd day May, 2013.

**Employee:**                                                    **DermaCare USA Corporation**


Nealy Skeldon

By: _____
Its: President

Employee Name and Address:
**Nealy Skeldon**
**1707 North Artesian # 2S**
**Chicago, IL 60647**

- 3 -

NS PR 0011