IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| NEALY L. SKELDON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No.: 1:25-cv-06078 |
| v. | ) | |
| | ) | |
| DERMACARE USA CORPORATION, d/b/a DERMACONCEPTS, | ) | Honorable Joan B. Gottschall |
| | ) | |
| Defendant. | ) | |

**SECOND JOINT STATUS REPORT**

Pursuant to Judge Gottschall's August 15, 2025 order [Dkt No. 32], Plaintiff Nealy L. Skeldon and Defendant DermaCare USA Corp., d/b/a DermaConcepts ("DermaConcepts") are filing this Joint Status Report:

- **Progress of Discovery**

Neither party has issued discovery. DermaConcepts intends to serve requests for production, interrogatories and deposition notices by the end of September.

- **Settlement Efforts**

Parties are exploring the possibility of settlement. On August 28, 2025, Plaintiff provided a settlement demand.

- **Proposed Rule 16(b) Discovery Schedule**

    - **Joining Parties:** Motions filed by October 31, 2025.

    - **Amending Pleadings:** Motions filed by October 31, 2025.

    - **Completing Non-Expert Discovery:** Non-expert discovery to be completed by February 27, 2026.

    - **Expert Discovery Deadlines:**

        o Plaintiff's expert disclosures served by March 6, 2026.

- o DermaConcept's expert disclosures served by March 27, 2026.
- o Expert rebuttals served by April 10, 2026.
- o Expert discovery, including depositions, to be completed by May 15, 2026.

- **Filing Rule 56 Motions:** Motions under Rule 56 to be filed by May 1, 2026.
- **Proposed Schedule for Next 45 to 60 Days.**

The Parties intend to serve requests for production, interrogatories and deposition notices by September 30, 2025, and to begin collecting documents and responding to discovery requests once such requests are served.

- **Deadline for Filing Next Status Report.**
  - **Next Status Report Due:** October 15, 2025.

Respectfully submitted,

Dated: August 29, 2025

| | |
|---|---|
| **DERMACARE USA CORPORATION, d/b/a/ DERMACONCEPTS,** | **NEALY SKELDON,** |
| By: /s/ *Richard Winter* (with permission) <br> One of the Attorneys for Defendants | By: /s/ *Hilarie Carhill* <br> One of the Attorneys for Plaintiff |
| Richard R. Winter <br> William A. Ringhofer <br> HOLLAND & KNIGHT LLP <br> 150 N. Riverside Plaza, Suite 2700 <br> Chicago, IL 60606 <br> (312) 263-3600 <br> richard.winter@hklaw.com <br> william.ringhofer@hklaw.com | Thomas C. Koessl (ARDC #6239337) <br> Hilarie Carhill (ARDC #6340312) <br> WILLIAMS, BAX & SALTZMAN, P.C. <br> 221 N. LaSalle St., Suite 3700 <br> Chicago, IL 60601 <br> (312) 372-3311 <br> koessl@wbs-law.com <br> carhill@wbs-law.com |