# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Nealy L Skeldon

                          Plaintiff,

v.                                                       Case No.: 1:25−cv−06078

                                                                 Honorable Joan B. Gottschall

Dermacare USA Corporation, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, August 29, 2025:

      MINUTE entry before the Honorable Joan B. Gottschall: The court adopts the parties' proposed scheduling order [33]. As suggested by the parties, the next status report is due on October 15, 2025. Enter scheduling order. Mailed notice(mjc, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.