**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| Nealy Skeldon, | ) |
| Plaintiff, | ) ) ) |
| | ) Case No. 25-CV-6078 |
| v. | ) |
| | ) Honorable Joan B. Gottschall |
| Dermacare USA Corp., et al., | ) ) |
| Defendant. | ) |

## ORDER

In accordance with Federal Rule of Civil Procedure 16(b), the court sets the following schedule, all dates inclusive:

- Joining Parties: Motions filed by October 31, 2025.

- Amending Pleadings: Motions filed by October 31, 2025.

- Completing Non-Expert Discovery: Non-expert discovery to be completed by February 27, 2026.

- Expert Discovery Deadlines:

    o Plaintiff's expert disclosures served by March 6, 2026.

    o DermaConcept's expert disclosures served by March 27, 2026.

    o Expert rebuttals served by April 10, 2026.

    o Expert discovery, including depositions, to be completed by May 15, 2026.

- Filing Rule 56 Motions: Motions under Rule 56 to be filed by May 1, 2026.

Date: August 29, 2025                    /s/ Joan B. Gottschall
                                         United States District Judge