IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NEALY L. SKELDON, | ) |
| Plaintiff, | ) ) ) ) Case No.: 1:25-cv-06078 |
| v. | ) ) |
| DERMACARE USA CORPORATION, d/b/a DERMACONCEPTS, | ) Honorable Joan B. Gottschall ) ) |
| Defendant. | ) ) |

**JOINT STATUS REPORT**

Pursuant to Judge Gottschall's August 29, 2025 order [Dkt No. 34], Plaintiff Nealy L. Skeldon and Defendant DermaCare USA Corp., d/b/a DermaConcepts ("DermaConcepts") are filing this Joint Status Report:

- **Progress of Discovery**

On October 8 and 14, 2025, Defendant issued written discovery to Plaintiff. On October 10, 2025, Plaintiff issued written discovery to Defendant. The Parties are working on responding to the written discovery requests and do not have any notable discovery disputes at this time.

- **Settlement Efforts**

The Parties are discussing the possibility of settlement.

- **Proposed Schedule for Next 45 to 60 Days.**

The Parties intend to respond to written discovery requests and to issue deposition notices shortly.

- **Proposed Deadline for Filing Next Status Report.**

    - **Next Status Report Due:** December 15, 2025.

Respectfully submitted,

Dated: October 15, 2025

| **DERMACARE USA CORPORATION, d/b/a/ DERMACONCEPTS,** | NEALY SKELDON |
|---|---|
| By: /s/ Richard Winter (with permission)<br>One of the Attorneys for Defendants | By: /s/ Hilarie Carhill<br>One of the Attorneys for Plaintiff |
| Richard R. Winter<br>William A. Ringhofer<br>HOLLAND & KNIGHT LLP<br>150 N. Riverside Plaza, Suite 2700<br>Chicago, IL 60606<br>(312) 263-3600<br>richard.winter@hklaw.com<br>william.ringhofer@hklaw.com | Thomas C. Koessl (ARDC #6239337)<br>Hilarie Carhill (ARDC #6340312)<br>WILLIAMS, BAX & SALTZMAN, P.C.<br>221 N. LaSalle St., Suite 3700<br>Chicago, IL 60601<br>(312) 372-3311<br>koessl@wbs-law.com<br>carhill@wbs-law.com |

#528463976_v2