## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.4)
### Eastern Division

Nealy L Skeldon

                      Plaintiff,

v.                                                               Case No.: 1:25−cv−06078
                                                                    Honorable Joan B. Gottschall

Dermacare USA Corporation, et al.

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, October 16, 2025:

      MINUTE entry before the Honorable Joan B. Gottschall: As the parties suggest in their status report [37], the next status report is due on December 15, 2025. Defendant's Unopposed Motion for Leave to File an Amended Answer [38] is granted. The Amended Answer should be filed as a separate entry on the docket on or before October 23, 2025. Mailed notice(mjc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.