IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| NEALY L. SKELDON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 1:25-cv-06078 |
| v. | ) | |
| | ) | District Judge Joan B. Gottschall |
| DERMACARE USA Corporation d/b/a DERMACONCEPTS | ) | |
| | ) | Magistrate Judge Jeffrey T. Gilbert |
| | ) | |
| Defendants. | ) | |

**PLAINTIFF'S ATTORNEYS' JOINT MOTION FOR
LEAVE TO WITHDRAW AS ATTORNEYS OF RECORD**

Attorneys Thomas Koessl and Hilarie Carhill, of William, Bax & Saltzman, P.C. ("WBS"), pursuant to the Northern District of Illinois Local Rule 83.17, jointly seek leave to withdraw their appearances as attorneys of record for Plaintiff Nealy Skeldon ("Plaintiff") and in support state as follows:

1. On July 24, 2025, attorneys Thomas C. Koessl and Hilarie M. Carhill appeared in this matter on behalf of the Plaintiff. [Dkt. Nos. 17 and 19]

2. Irreconcilable differences have arisen between the attorneys and the Plaintiff regarding the attorneys' representation of the Plaintiff in this litigation. As such, the attorneys wish to withdraw their appearances as attorneys of record.

3. The attorneys provided notice to the Plaintiff of their intent to withdraw on October 17, 2025.

4. The attorneys' withdrawal will not delay or disrupt the case and affect the administration of justice. In its August 29, 2025 order [Dkt. No. 34], the Court adopted the Parties' proposed discovery schedule [Dkt. No. 33], which sets the deadline for completion of non-expert

discovery for February 27, 2026. No motions are currently pending, the Parties are in the early stages of discovery[1], and the Plaintiff is in receipt of recent attorney work products, which will enable future counsel to quickly finalize and submit the documents.

5. Since written discovery has been exchanged[2], the attorneys request an extension to the Plaintiff's deadlines to respond to the written discovery, while she obtains new counsel.

6. Plaintiff's last known address for purposes of sending notice is:

   a. By mail: 9438 Trillium Lane, Orland Park, IL 60487-1002; and

   b. By email: nealyskeldon@gmail.com and skeldonlegal@gmail.com.

A copy of this Motion has been sent to Plaintiff via Certified and First Class U.S. Mail to her last known address, as well as via e-mail. Additionally, a Notification of Party Contact Information form is attached to this motion.

7. The attorneys will cause a copy of any order granting their withdrawal to be served on the Plaintiff.

8. This motion is not brought for purposes of undue delay, to prejudice any party, or for any other improper purpose.

WHEREFORE, for the reasons stated above, Thomas C. Koessl and Hilarie M. Carhill respectfully request that this Court enter an order granting attorneys Thomas C. Koessl and Hilarie M. Carhill leave to withdraw their appearances, and an extension of Plaintiff's deadlines to respond to Defendant's written discovery while she obtains new counsel.

Date: October 23, 2025

---

[1] As of the time of filing: Defendant served written discovery on Plaintiff on October 8, 2025 and on October 14, 2025; Plaintiff served written discovery on Defendant on October 10, 2025; and no Parties have issued any deposition notices. [Dkt. No. 37]
[2] Please see footnote number one.

**PLAINTIFF NEALY L. SKELDON,**

*/s/ Hilarie M. Carhill*  */s/ Thomas C. Koessl*
One of Plaintiff's Attorneys   One of Plaintiff's Attorneys

Thomas C. Koessl, ARDC #6239337
Hilarie M. Carhill, ARDC #6340312
WILLIAMS, BAX & SALTZMAN, P.C.
221 N. LaSalle St., Ste. 3700
Chicago, IL 60601
T: (312) 372-3311
F: (312) 372-5720
koessl@wbs-law.com
carhill@wbs-law.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on October 23, 2025, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon all counsel of record.

*/s/ Hilarie M. Carhill*
