# EXHIBIT B

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

|  |  |  |
|---|---|---|
| NEALY L. SKELDON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 1:25-cv-06078 |
| v. | ) | |
| | ) | District Judge Joan B. Gottschall |
| DERMACARE USA Corporation d/b/a | ) | |
| DERMACONCEPTS | ) | Magistrate Judge Jeffrey T. Gilbert |
| | ) | |
| Defendants. | ) | |

## <u>ORDER</u>

This matter, coming before the Court on Plaintiff attorneys' joint motion for leave to withdraw as attorneys of record, IT IS HEREBY ORDERED:

1.  Plaintiff attorneys' joint motion to withdraw is granted.  Mr. Thomas C. Koessl and Ms. Hilarie M. Carhill are hereby withdrawn as attorneys of record for Plaintiff Nealy L. Skeldon.  The Clerk is directed to terminate the appearances of Mr. Koessl and Ms. Carhill.

2.  The Plaintiff is granted a 14-day extension of her deadlines to respond to Defendant's written discovery, while she obtains new counsel.


Date: _____          /s/_____
                                                      Judge Joan B. Gottschall

Order prepared by:

Hilarie M. Carhill, ARDC #6340312
Williams, Bax & Saltzman, P.C.
221 N. LaSalle Street, Suite 3700
Chicago, IL 60601
(312) 372-3311
carhill@wbs-law.com