# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.4)
### Eastern Division

Nealy L Skeldon

                                   Plaintiff,

v.                                                          Case No.: 1:25−cv−06078
                                                            Honorable Joan B. Gottschall

Dermacare USA Corporation, et al.

                                   Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, October 24, 2025:

      MINUTE entry before the Honorable Joan B. Gottschall:

Plaintiff's attorneys' Joint Motion for Leave to Withdraw [41] is granted, conditioned on withdrawing attorneys' service of their Motion for Leave to Withdraw and this order on plaintiff using plaintiff's last known contact information. Withdrawing counsel must file a supplemental certificate of service on or before October 28, 2025. If plaintiff intends to hire new counsel, plaintiff should do so within 30 days, by and including November 24, 2025. Discovery is stayed for 30 days to allow plaintiff to search for a new attorney, assuming she wishes to do so. A status report is due by and including December 3, 2025.

The court advises plaintiff of the availability of the William J. Hibbler Memorial Pro Se Assistance Program Help Desk, staffed by volunteer attorneys, for litigants who represent themselves. The help desk operates remotely by video conference or phone. An appointment may be made by calling the Clerk's Office at (312) 435−5671 or by visiting the court's official website at https://www.ilnd.uscourts.gov and clicking on the link titled "Schedule an Appointment with the Hibbler Help Desk " in the "Pro Se/Representing Yourself" section.

Mailed notice(mjc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.