# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| NEALY L. SKELDON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 1:25-cv-06078 |
| v. ) | |
| ) | District Judge Joan B. Gottschall |
| DERMACARE USA Corporation d/b/a ) | |
| DERMACONCEPTS ) | Magistrate Judge Jeffrey T. Gilbert |
| ) | |
| Defendants. ) | |

## SUPPLEMENTAL CERTIFICATE OF SERVICE

Attorneys Thomas Koessl and Hilarie Carhill, of William, Bax & Saltzman, P.C. ("WBS"), pursuant to the Court's October 24, 2025 order [Dkt. No. 42], hereby certify:

1. On October 23, 2025, the attorneys served their Joint Motion for Leave to Withdraw [Dkt. No. 41] on Nealy Skeldon via email at both of her last known email addresses: nealyskeldon@gmail.com and at skeldonlegal@gmail.com. Additionally, the attorneys mailed their motion via First Class Mail on the same day, October 23, 2025, to Skeldon's last known mailing address at 9438 Trillium Lane, Orland Park, IL 60487-1002.

2. On October 24, 2025, the attorneys served this Court's order granting their withdrawal [Dkt. No. 42] on Nealy Skeldon via email at both of her last known email addresses: nealyskeldon@gmail.com and at skeldonlegal@gmail.com. Additionally, the attorneys mailed both their motion and the Court's order via Certified Mail, with Return Receipt (Tracking #9589071052700124572541) and First Class Mail on the same day, October 24, 2025, to Skeldon's last known mailing address at 9438 Trillium Lane, Orland Park, IL 60487-1002.

Date: October 24, 2025

By: /s/ Hilarie M. Carhill_____　　　　　　　　　　By: /s/ Thomas C. Koessl_____
　　　　Hilarie M. Carhill　　　　　　　　　　　　　　　　　　　Thomas C. Koessl

Thomas C. Koessl, ARDC #6239337
Hilarie M. Carhill, ARDC #6340312
WILLIAMS, BAX & SALTZMAN, P.C.
221 N. LaSalle St., Ste. 3700
Chicago, IL 60601
T: (312) 372-3311
F: (312) 372-5720
koessl@wbs-law.com
carhill@wbs-law.com