# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| NEALY L. SKELDON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No.: 1:25-cv-06078 |
| v. ) | |
| ) | |
| DERMACARE USA CORPORATION, d/b/a ) | Honorable Joan B. Gottschall |
| DERMACONCEPTS, ) | |
| ) | |
| Defendant. ) | |

## JOINT STATUS REPORT

Pursuant to Judge Gottschall's October 24, 2025 order (Dkt No. 42), Plaintiff Nealy L. Skeldon and Defendant DermaCare USA Corp., d/b/a DermaConcepts ("DermaConcepts") are filing this Joint Status Report:

- **Progress of Discovery**

Plaintiff's Position: Upon retention of new counsel, Ms. Skeldon will respond to Defendant's discovery requests.

Defendant's Position: On November 25, 2025, the Court granted Plaintiff's Motion for Extension of Time to Obtain Counsel (ECF No. 45; the "Order"). DermaConcepts will respond to Plaintiff's written discovery requests following Plaintiff obtaining new counsel or January 8, 2026, whichever is earlier.

- **Settlement Efforts**

Plaintiff's Position: Ms. Skeldon remains open to settlement discussions, and will be reaching out to DermaConcepts counsel to respond to their September 15, 2025 proposal letter.

<u>Defendant's Position</u>: DermaConcepts provided Plaintiff's previous counsel with a substantive settlement proposal on September 15, 2025 to which it has not yet received a response. DermaConcepts remains open to discussing the possibility of settlement.

- **Proposed Schedule for Next 45 to 60 Days**

The Parties will respond to written discovery requests and begin taking depositions following Plaintiff obtaining new counsel or January 8, 2026, whichever is earlier. The Parties also anticipate filing a joint request to modify the Court's current Scheduling Order (ECF No. 35) to accommodate the stays associated with Plaintiff's search for new counsel.

- **Proposed Deadline for Filing Next Status Report**

The Court's October 16, 2025 Order (ECF No. 39) directed the parties to file a status report on December 15, 2025. Following that order, the Court granted Plaintiff's former counsel's Motion to Withdraw (ECF No. 42) and in that order directed the parties to file a status report on December 3, 2025. Unless the Court directs the Parties otherwise, the Parties will not file a status report on December 15, 2025 and rather propose that the next status report be due on January 15, 2026.

Respectfully submitted,

Dated: December 3, 2025

| | |
|---|---|
| **DERMACARE USA CORPORATION, d/b/a/ DERMACONCEPTS,** | **NEALY SKELDON** |
| By: /s/ *Richard R. Winter* <br> One of the Attorneys for Defendants | By: /s/ *Nealy L. Skeldon* <br> Plaintiff |
| Richard R. Winter <br> William A. Ringhofer <br> HOLLAND & KNIGHT LLP <br> 150 N. Riverside Plaza, Suite 2700 <br> Chicago, IL 60606 | Nealy L. Skeldon <br> 9438 Trillium Lane <br> Orland Park, IL 60487-1002 <br> nealyskeldon@gmail.com <br> skeldonlegal@gmail.com |

#529847038_v3

(312) 263-3600
richard.winter@hklaw.com
william.ringhofer@hklaw.com

3

#529847038_v3