IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NEALY L. SKELDON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No.: 25-cv-06078 |
| v. ) | |
| ) | |
| DERMACARE USA CORPORATION, d/b/a ) | |
| "DERMACONCEPTS, ) | |
| ) | |
| ) | |
| Defendants. ) | |

## DECLARATION OF WILLIAM A. RINGHOFER

I, William A. Ringhofer, after being duly sworn, state, based on personal knowledge, that if called to testify I would competently testify as follows:

1. I do swear and affirm that I am more than 18 years of age, that I am of sound mind, and that I am otherwise competent to give this Declaration.

2. I am an attorney at Holland & Knight LLP and am counsel of record for DermaCare USA Corporation d/b/a DermaConcepts ("DermaConcepts") in the above-captioned matter. Accordingly, I am fully familiar with the facts in this matter.

3. Attached as **Exhibit A** is a true and accurate copy of an email from Douglas R. Sweeney (an attorney at Holland & Knight, LLP who is assisting myself and Richard R. Winter with this matter) to Nealy L. Skeldon (the Plaintiff in this matter) dated November 18, 2025 and on which I was copied.

4. Attached as **Exhibit B** is a true and accurate copy of an email exchange between Mr. Sweeney and Ms. Skeldon ranging from November 21, 2025 to December 4, 2025 on which I was copied.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on December 15, 2025

_____
William A. Ringhofer

# EXHIBIT A

| | |
|---|---|
| **From:** | Sweeney, Douglas R (BOS - X75844) |
| **To:** | nealyskeldon@gmail.com; skeldonlegal@gmail.com |
| **Cc:** | Winter, Richard R (CHI - X65796); Ringhofer, William A (CHI - X65797) |
| **Subject:** | Skeldon v. DermaConcepts |
| **Date:** | Tuesday, November 18, 2025 10:05:13 AM |
| **Attachments:** | Skeldon-DermaConcepts - Ltr. to N. Skeldon 11.18.25 w Exhibits(530002538.1).pdf |
| | Skeldon v. DermaConcepts - Status Report 12.3.25 - DRAFT(529847038.2).DOCX |
| | Skeldon-DermaConcepts - Notice of Deposition of Skeldon(530002734.1).pdf |

Ms. Skeldon,

My name is Doug Sweeney and I am an attorney assisting Richard Winter and William Ringhofer (both copied on this email) in Holland & Knight's representation of DermaConcepts in your lawsuit against it. Attached to this email please find the following:

1. A letter from me to you regarding several important matters related to the lawsuit;
2. A Microsoft Word version of the draft status report referenced in the letter; and
3. A deposition notice, noticing your deposition for January 13, 2026 at 9:30 a.m. at Holland & Knight's Chicago office.

If you would like to discuss any of the foregoing or anything else related to this case, please contact me.

Thank you,
Doug Sweeney


**Douglas R. Sweeney** | **Holland & Knight**
Partner
Holland & Knight LLP
10 St. James Avenue, 11th Floor | Boston, Massachusetts 02116
Phone 617.573.5844 | Fax 617.523.6850
douglas.sweeney@hklaw.com | www.hklaw.com

Add to address book | View professional biography

# EXHIBIT B

| | |
|---|---|
| **From:** | skeldonlegal |
| **To:** | Sweeney, Douglas R (BOS - X75844) |
| **Cc:** | Winter, Richard R (CHI - X65796); Ringhofer, William A (CHI - X65797) |
| **Subject:** | Re: Skeldon v. DermaConcepts |
| **Date:** | Thursday, December 4, 2025 7:18:58 AM |

*[External email]*
Received. Thank you

Nealy Skeldon

On Wed, Dec 3, 2025 at 9:35 PM Douglas.Sweeney@hklaw.com <Douglas.Sweeney@hklaw.com> wrote:

> Ms. Skeldon,
>
> Attached is the final version of the status report, which was filed with the Court today.
>
> Thank you,
>
> Doug
>
> **Douglas R. Sweeney** | **Holland & Knight**
> Phone 617.573.5844 | douglas.sweeney@hklaw.com
>
> ---
>
> **From:** skeldonlegal <skeldonlegal@gmail.com>
> **Sent:** Tuesday, December 2, 2025 3:20 PM
> **To:** Sweeney, Douglas R (BOS - X75844) <Douglas.Sweeney@hklaw.com>
> **Subject:** Re: Skeldon v. DermaConcepts
>
> *[External email]*
>
> Mr. Sweeney,
>
> You have my permission.
>
> Thank you,
>
> Nealy L. Skeldon

On Tue, Dec 2, 2025 at 2:09 PM Douglas.Sweeney@hklaw.com <Douglas.Sweeney@hklaw.com> wrote:

> Ms. Skeldon,
>
> Thank you. Do I have your permission to insert your electronic signature (i.e., "/s/ *Nealy L. Skeldon*") and file this document jointly?
>
> Best,
>
> Doug
>
> **Douglas R. Sweeney** | **Holland & Knight**
> Phone 617.573.5844 | douglas.sweeney@hklaw.com
>
> ---
>
> **From:** skeldonlegal <skeldonlegal@gmail.com>
> **Sent:** Tuesday, December 2, 2025 3:01 PM
> **To:** Sweeney, Douglas R (BOS - X75844) <Douglas.Sweeney@hklaw.com>
> **Subject:** Re: Skeldon v. DermaConcepts
>
> *[External email]*
>
> Mr. Sweeney,
>
> Please see attached. My apologies for the delay. If there is anything I missed, or you need anything additional from me, please let me know.
>
> Thank you,
>
> Nealy L. Skeldon
>
> On Tue, Dec 2, 2025 at 8:31 AM Douglas.Sweeney@hklaw.com <Douglas.Sweeney@hklaw.com> wrote:
>
>> Ms. Skeldon,

I am following up on the draft status report, which is due to be filed with the Court tomorrow, December 3. Attached is an updated version that reflects the fact that before the Court had ordered the parties to file a status report on December 3, it had ordered the parties to file a status report on December 15. As you'll see in this draft, DermaConcepts proposes that the next status report be due on January 15.

Please provide me with your inserts for (1) discovery and (2) settlement, and any other comments you may have by 3 p.m. today so that we can make sure this is filed with the Court on time tomorrow. Thank you.

Best,

Doug

**Douglas R. Sweeney** | **Holland & Knight**
Phone 617.573.5844 | douglas.sweeney@hklaw.com

---

**From:** skeldonlegal <skeldonlegal@gmail.com>
**Sent:** Wednesday, November 26, 2025 12:17 PM
**To:** Sweeney, Douglas R (BOS - X75844) <Douglas.Sweeney@hklaw.com>
**Cc:** Winter, Richard R (CHI - X65796) <richard.winter@hklaw.com>; Ringhofer, William A (CHI - X65797) <William.Ringhofer@hklaw.com>
**Subject:** Re: Skeldon v. DermaConcepts

*[External email]*

Mr. Sweeney,

Received with thanks.

I will review and have a response to you by EOD on Monday, Dec 1st.

And a very happy Thanksgiving to you and your family as well.

Thank you,

Nealy Skeldon

> On Nov 26, 2025, at 10:57 AM, Douglas.Sweeney@hklaw.com wrote:
>
> Ms. Skeldon,
>
> Attached is an updated draft status report that reflects your recent motion and the Court's order from yesterday. As you will see, there are two blanks for your position on (1) discovery and (2) settlement. This is due to be filed with the Court on December 3, so please provide your additions and any other comments by December 2. Thank you and I hope you have a nice Thanksgiving.
>
> Best,
>
> Doug
>
> **Douglas R. Sweeney** | **Holland & Knight**
> Phone 617.573.5844 | douglas.sweeney@hklaw.com
>
> ---
>
> **From:** skeldonlegal <skeldonlegal@gmail.com>
> **Sent:** Monday, November 24, 2025 8:51 AM
> **To:** Sweeney, Douglas R (BOS - X75844) <Douglas.Sweeney@hklaw.com>
> **Cc:** Winter, Richard R (CHI - X65796) <richard.winter@hklaw.com>; Ringhofer, William A (CHI - X65797) <William.Ringhofer@hklaw.com>
> **Subject:** Re: Skeldon v. DermaConcepts
>
> *[External email]*
>
> Please see attached motion that was filed on Friday.

> Thank you,
>
> Nealy Skeldon
>
>> On Nov 21, 2025, at 2:50 PM, skeldonlegal <skeldonlegal@gmail.com> wrote:
>>
>> Mr. Sweeney,
>>
>> Understood, and agreed.
>>
>> Thank you,
>>
>> Nealy Skeldon
>>
>>> On Fri, Nov 21, 2025 at 2:38 PM Douglas.Sweeney@hklaw.com <Douglas.Sweeney@hklaw.com> wrote:
>>>
>>>> Ms. Skeldon,
>>>>
>>>> DermaConcepts does not oppose your request to extend the stay, provided, however, that if the Court grants your request, you agree to a joint motion to modify the scheduling order (attached) to account for the time lost due to the stays (i.e., we will jointly request that the court pushes all of the deadlines out another 60 days or so).
>>>>
>>>> Thank you,
>>>>
>>>> Doug
>>>>
>>>> **Douglas R. Sweeney** | **Holland & Knight**
>>>> Phone 617.573.5844 | douglas.sweeney@hklaw.com

**From:** skeldonlegal <skeldonlegal@gmail.com>
**Sent:** Friday, November 21, 2025 2:54 PM
**To:** Sweeney, Douglas R (BOS - X75844) <Douglas.Sweeney@hklaw.com>; Winter, Richard R (CHI - X65796) <richard.winter@hklaw.com>; Ringhofer, William A (CHI - X65797) <William.Ringhofer@hklaw.com>
**Subject:** Skeldon v. DermaConcepts

*[External email]*

Good afternoon Mr. Sweeney,

As of today I am still interviewing potential counsel, and will be filing a motion later this afternoon for an extension of the court's stay of proceedings for fourty-five (45) days. Please advise your position on this motion.

Thank you,

Nealy Skeldon

NOTE: This e-mail is from a law firm, Holland & Knight LLP ("Holland & Knight"), and is intended solely for the use of the individual(s) to whom it is addressed. If you believe you received this e-mail in error, please notify the sender immediately, delete the e-mail from your computer and do not copy or disclose it to anyone else. If you are not an existing client of Holland & Knight, do not construe anything in this e-mail to make you a client unless it contains a specific statement to that effect and do not disclose anything to Holland & Knight in reply that you expect it to hold in confidence. If you properly received this e-mail as a client, co-counsel or retained expert of Holland & Knight, you should maintain its contents in confidence in order to preserve the attorney-client or work product privilege that may be available to protect confidentiality.

NOTE: This e-mail is from a law firm, Holland & Knight LLP ("Holland & Knight"), and is intended solely for the use of the individual(s) to whom it is addressed. If you believe you received this e-mail in error, please notify the sender immediately, delete the e-mail from your computer and do not copy or disclose it to anyone else. If you are not an existing client of Holland & Knight, do not construe anything in this e-mail to make you a client unless it contains a specific statement to that effect and do not disclose anything to Holland & Knight in reply that you expect it to hold in confidence. If you properly received this e-mail as a client, co-counsel or retained expert of Holland & Knight, you should maintain its contents in confidence in order to preserve the attorney-client or work product privilege that may be available to protect confidentiality.

> <Skeldon v. DermaConcepts - Status Report 12.3.25 - DRAFT(529847038.3).docx>

NOTE: This e-mail is from a law firm, Holland & Knight LLP ("Holland & Knight"), and is intended solely for the use of the individual(s) to whom it is addressed. If you believe you received this e-mail in error, please notify the sender immediately, delete the e-mail from your computer and do not copy or disclose it to anyone else. If you are not an existing client of Holland & Knight, do not construe anything in this e-mail to make you a client unless it contains a specific statement to that effect and do not disclose anything to Holland & Knight in reply that you expect it to hold in confidence. If you properly received this e-mail as a client, co-counsel or retained expert of Holland & Knight, you should maintain its contents in confidence in order to preserve the attorney-client or work product privilege that may be available to protect confidentiality.

NOTE: This e-mail is from a law firm, Holland & Knight LLP ("Holland & Knight"), and is intended solely for the use of the individual(s) to whom it is addressed. If you believe you received this e-mail in error, please notify the sender immediately, delete the e-mail from your computer and do not copy or disclose it to anyone else. If you are not an existing client of Holland & Knight, do not construe anything in this e-mail to make you a client unless it contains a specific statement to that effect and do not disclose anything to Holland & Knight in reply that you expect it to hold in confidence. If you properly received this e-mail as a client, co-counsel or retained expert of Holland & Knight, you should maintain its contents in confidence in order to preserve the attorney-client or work product privilege that may be available to protect confidentiality.

NOTE: This e-mail is from a law firm, Holland & Knight LLP ("Holland & Knight"), and is intended solely for the use of the individual(s) to whom it is addressed. If you believe you received this e-mail in error, please notify the sender immediately, delete the e-mail from your computer and do not copy or disclose it to anyone else. If you are not an existing client of Holland & Knight, do not construe anything in this e-mail to make you a client unless it contains a specific statement to that effect and do not disclose anything to Holland & Knight in reply that you expect it to hold in confidence. If you properly received this e-mail as a client, co-counsel or retained expert of Holland & Knight, you should maintain its contents in confidence in order to preserve the attorney-client or work product privilege that may be available to protect confidentiality.