**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.4)**
**Eastern Division**

Nealy L Skeldon
                                    Plaintiff,

v.                                                                                  Case No.: 1:25−cv−06078
                                                                                  Honorable Joan B. Gottschall

Dermacare USA Corporation, et al.
                                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, December 16, 2025:

       MINUTE entry before the Honorable Joan B. Gottschall:

Upon consideration of defendant's response [50] and the accompanying exhibits [51], plaintiff's Motion to Enforce Stay and for Sanctions Against Defendant and Defendant's Counsel for Violation of Court Order [48] is denied. Defense counsel sent communications on November 18, 2025, anticipating the discovery stay would be lifted, which did not ultimately occur as the stay was extended. Plaintiff's distress, given her pro se status, is understandable. But regardless, defense counsel's conduct does not warrant sanctions.

To avoid any further confusion, the stay protects Ms. Skeldon from responding to any discovery for 30 days after expiration of the stay, that is, 30 days after January 8, 2026, or February 9, 2026. Accordingly, Ms. Skeldon has not been and cannot be harmed by the premature service of a discovery request since she has 30 days after January 8, 2026, to respond.

Also, defense counsel notes that plaintiff misquotes Dal Pozzo v. Basic Machinery Co., Inc., 463 F.3d 609, 614 (7th Cir. 2006) on page three of her pro se motion [48]. The quotation may not be exact but plaintiff accurately paraphrases the case and the pinpoint citation. Plaintiff is cautioned that she should ensure the accuracy of quotations and citations because inaccuracies expose her to the possibility of being accused of misstating the law.

Plaintiff is advised that given that she brought this lawsuit, she has an obligation to allow it to go forward on a reasonably prompt basis. For this reason, the stay will not be extended. By February 9, 2026, Ms. Skeldon must respond to all currently outstanding discovery. Defendant should renotice any deposition[s] for a date after February 9, 2026.

Mailed notice(mjc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.