IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NEALY L. SKELDON, )<br>)<br>        Plaintiff, )<br>)<br>v. )<br>)<br>DERMACARE USA CORPORATION, d/b/a )<br>DERMACONCEPTS, )<br>)<br>        Defendant. ) | Case No.: 1:25-cv-06078<br><br>Honorable Joan B. Gottschall |

**DEFENDANT'S NOTICE OF NON-OPPOSITION TO PLAINTIFF'S
MOTION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Defendant DermaCare USA Corp., d/b/a DermaConcepts ("DermaConcepts") hereby states that it does not oppose Plaintiff Nealy L. Skeldon's Motion of Voluntary Dismissal Without Prejudice (ECF No. 56).

                                            DERMACARE USA CORPORATION
                                            d/b/a DERMACONCEPTS

                                            By: /s/ *Richard R. Winter*
                                                  One of Its Attorneys

Richard R. Winter
William A. Ringhofer
HOLLAND & KNIGHT LLP
150 N. Riverside Plaza, Suite 2700
Chicago, IL 60606
(312) 263-3600
richard.winter@hklaw.com
william.ringhofer@hklaw.com

Douglas R. Sweeney (*admitted pro hac vice*)
HOLLAND & KNIGHT, LLP
10 St. James Avenue
Boston, MA 02116
(617) 523-2700
douglas.sweeney@hklaw.com

## CERTIFICATE OF SERVICE

    The undersigned attorney certifies that on January 9, 2026, a true and correct copy of the foregoing was served on the Plaintiff via email and the ECF Court filing system which is sent to all parties by the Court.

                                                       /s/ Richard R. Winter