UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.5)
Eastern Division

Nealy L Skeldon
          Plaintiff,

v.           Case No.: 1:25−cv−06078
          Honorable Joan B. Gottschall

Dermacare USA Corporation, et al.
          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, January 9, 2026:

    MINUTE entry before the Honorable Joan B. Gottschall: On consideration of defendant's Notice of Non−Opposiiton [57], plaintiff's Motion for Voluntary Dismissal [56] is granted. This case is dismissed without prejudice. Enter judgment. Civil case terminated. Mailed notice. (jcc,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.